IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01591-MSK-MEH

BEN LEVY,

      Plaintiff,

v.

NARCONON FRESH START, d/b/a A Life Worth Saving,
NARCONON INTERNATIONAL, and
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2015.**

      Plaintiff has filed a First Amended Complaint [docket #22] as a matter of course pursuant to Fed. R. Civ. P. 15(a).  In light of this filing, Defendants Association for Better Living and Education International and Narconon International's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction [filed July 21, 2014; docket #14] and Defendants Association for Better Living and Education International and Narconon International's Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) [filed July 21, 2014; docket #15] are **denied as moot**.  *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)); *see also Robinson v. Dean Foods Co.*, No. 08-cv-01186-REB-CBS, 2009 WL 723329, at *4 (D. Colo. Mar. 18, 2009) (citation omitted) ("Generally, when an amended complaint is filed, the previous complaint is wiped out and the operative complaint is the most recently filed version.").