IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-01591-MSK-MEH | Date: | February 18, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                        *Counsel:*

BEN LEVY                                                                                    Ryan Hamilton

    Plaintiff,

v.

NARCONON FRESH START ET AL                                           Steven England
                                                                                                                                  James Parr

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
STATUS CONFERENCE**

---

**Court in session:   9:49 a.m.**

The Court calls case.   Appearances of counsel by telephone.

Discussion was held regarding a possible Early Neutral Evaluation date of March 11, 2015.   Upon approval from U.S. District Judge Krieger, a separate Minute Order will be issued.

[59] Stipulated Motion to Amend/Correct/Modify Scheduling Order is GRANTED with the following amended deadlines:

| | |
|---|---|
| Expert Disclosure | March 30, 2015 |
| Rebuttal Expert Disclosure | May 1, 2015 |
| Deadline for Interrogatories, Requests for Production, Requests for Admission | May 14, 2015 |
| Discovery Cut-Off/Last Day to Complete All Depositions | June 29, 2015 |
| Dispositive Motion Deadline: | July 13, 2015 |

**Court in recess:   9:56 a.m.**   (Hearing concluded)
Total time in court:   0:07

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.