IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01591-MSK-MEH

BEN LEVY,

      Plaintiff,

v.

NARCONON FRESH START, d/b/a A Life Worth Saving,
NARCONON INTERNATIONAL, and
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2015**.

The Court is informed that the parties in this case have reached a settlement of all claims; accordingly, Defendants Association for Better Living and Education International's and Narconon International's Motion to Dismiss Plaintiff's First Amended Complaint for Lack of Jurisdiction [filed September 15, 2014; docket #27], Defendants Association for Better Living and Education International's and Narconon International's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to FRCP 12(b)(6) [filed September 15, 2014; docket #28], and Defendant Narconon Fresh Start's Motion to Dismiss Plaintiff's First, Third and Fourth Causes of Action from the First Amended Complaint Pursuant to FRCP 12(b)(6) [filed September 15, 2014; docket #29] are **denied without prejudice** as moot.

The parties shall file dismissal papers with the Court on or before April 15, 2015.