# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:14-CV-01591-MSK-MEH

BEN LEVY, A COLORADO CITIZEN

        Plaintiff

v.

NARCONON FRESH START, d/b/a A LIFE WORTH SAVING;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL

        Defendants

## MOTION FOR WITHDRAWAL OF ATTORNEY JAMES F. PARR

James F. Parr, of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby withdraws as counsel for Defendants. Ryan C. Gill and Steven L. England of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP will continue to represent Defendants.

DATED: April 14th, 2015    By:   *s/ James F. Parr*
                                         James F. Parr, Attorney Reg. #18404
                                         Steven L. England, Attorney Reg. #27268
                                         Ryan C. Gill, Attorney Reg. #37320
                                         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2015, I presented the foregoing **MOTION FOR WITHDRAWAL OF ATTORNEY JAMES F. PARR** to the following:

Ryan Andrew Hamilton
HAMILTON LAW LLC
5125 South Durango Drive, Suite C
Las Vegas, NV 89113
*Attorneys for Plaintiff*

*s/ Victoria L. Rimmey*
A duly signed original is on file at the Law Offices of LEWIS BRISBOIS