**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:14-CV-01591-MSK-MEH

BEN LEVY, A COLORADO CITIZEN

      Plaintiff

v.

NARCONON FRESH START, d/b/a A LIFE WORTH SAVING;
ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; and
NARCONON INTERNATIONAL

      Defendants

---

**MOTION FOR WITHDRAWAL OF ATTORNEY JAMES F. PARR**

---

James F. Parr, of the law firm LEWIS BRISBOIS BISGAARD & SMITH, LLP, hereby withdraws as counsel for Defendants. Mr. Parr will be leaving LEWIS BRISBOIS BISGAARD & SMITH effective April 15th, 2015. Defendants will not be prejudiced in that Ryan C. Gill and Steven L. England of the same firm will continue the representation.

DATED: April 14th, 2015    By:    *s/ James F. Parr*
                                       James F. Parr, Attorney Reg. #18404
                                       Steven L. England, Attorney Reg. #27268
                                       Ryan C. Gill, Attorney Reg. #37320
                                       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2015, I presented the foregoing **MOTION FOR WITHDRAWAL OF ATTORNEY JAMES F. PARR** to the following:

Via CM/ECF:
Ryan Andrew Hamilton
HAMILTON LAW LLC
5125 South Durango Drive, Suite C
Las Vegas, NV 89113
*Attorneys for Plaintiff*

Via US Mail:
Narconon Fresh Start d/b/a A Life Worth Saving
Attn: Bill Forman, Esq.
601 W Fifth Street, 12th Floor
Los Angeles, CA 90071

Association for Better Living and Education International
Attn: Robert Baker, Esq.
633 W 5th Street, Ste 5500
Los Angeles, CA 90071

Narconon International
Attn: Robert Baker, Esq.
633 W 5th Street, Ste 5500
Los Angeles, CA 90071

*s/ Victoria L. Rimmey*
A duly signed original is on file at the
Law Offices of LEWIS BRISBOIS